PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-40907 MEH** |
| **JACQUELINE LACY,** | **NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7** |
|           **Debtor.** | |
| _____/ | |

    Please take notice that the above-named debtor hereby converts her case from a Chapter 13 to a Chapter 7.

Dated: August 14, 2012

                                    /s/ Patrick L. Forte
                                    PATRICK L. FORTE
                                    Attorney for Debtor